

# IN THE
# TENTH COURT OF APPEALS

### No. 10-12-00392-CR

**KATHLEEN JO BELFORD,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 272nd District Court
### Brazos County, Texas
### Trial Court No. 09-03905-CRF-272

## MEMORANDUM OPINION

Appellant Kathleen Jo Belford has filed a motion to dismiss her appeal. *See* TEX.

R. APP. P. 42.2(a). We have not issued a decision in the appeal, and Belford personally

signed the motion. The motion is granted, and the appeal is dismissed.

REX D. DAVIS
Justice

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Appeal dismissed
Opinion delivered and filed March 28, 2013
Do not publish
[CR25]